```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HOGUET NEWMAN REGAL & KENNEY,                               :
LLP,                                                        :
                                                            :
                              Plaintiff,                    :     21-CV-1048 (VSB)
                                                            :
                  -against-                                 :         ORDER
                                                            :
DAN LOWE,                                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On November 12, 2021, I held a conference in this matter on the order to show cause regarding the entry of a default judgment against Defendant.  (Doc. 21.)  Defendant Dan Lowe appeared and discussed circumstances under which this matter might be resolved without the need for entry of judgment.  Accordingly, and as I discussed during the November 12, 2021 conference, it is hereby

      ORDERED that I shall hold another conference in this matter on December 3, 2021 at 4 p.m, regarding the status of this action.  The conference will be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated:    November 15, 2021
             New York, New York

                                                _____
                                                VERNON S. BRODERICK
                                                United States District Judge