UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
HOGUET NEWMAN REGAL & KENNEY, :
LLP, :
:
                Plaintiff, :        21-CV-1048 (VSB)
:
      -against- :        **ORDER**
:
DAN LOWE, :
:
                Defendant. :
:
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On December 3, 2021, I held a second conference in this matter on the order to show cause regarding the entry of a default judgment against Defendant. (Doc. 21.) At a prior conference on November 12, 2021, Defendant appeared and discussed circumstances under which this matter might be resolved without the need for entry of judgment. Defendant did not appear at the December 3, 2021 conference, and he has yet to file a notice of appearance in this action, either pro se or through counsel. Accordingly, and as I discussed during the December 3, 2021 conference, it is hereby

       ORDERED that Defendant must file a notice of appearance, either pro se or through counsel, by no later than December 10, 2021, at 5 p.m., along with papers responding to Plaintiff's Amended Complaint. If Defendant fails to comply with this order, I will enter default judgment as to liability in Plaintiff's favor and refer this case to the designated magistrate judge for an inquest on damages.

SO ORDERED.

Dated:  December 3, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge