```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HOGUET NEWMAN REGAL & KENNEY,                               :
LLP,                                                        :
                                                            :
                              Plaintiff,                    :    21-CV-1048 (VSB)
                                                            :
           -against-                                        :    DEFAULT JUDGMENT
                                                            :
DAN LOWE,                                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    In accordance with my prior disposition, (*see* Doc. 25), it is hereby

    ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendant Dan Lowe. This case will be referred to the magistrate judge for an inquest on damages.

SO ORDERED.

Dated:   December 13, 2021
          New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/21