**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
HOGUET NEWMAN REGAL & KENNEY, LLP,
:
:
                Plaintiff,                 :                21-cv-1048 (VSB) (OTW)
:
      -against-                 :                **ORDER**
:
DAN LOWE,
:
:
                Defendant.
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been referred to me for Inquest. Plaintiff's damages shall be filed by June 24, 2022. Defendant's opposition papers shall be filed by July 8, 2022. Plaintiff is directed to submit a detailed supporting affidavit or affirmation as part of their damages papers. *See Au Bon Pain Corp. v. Artect, Inc.*, 653 F.2d 61, 64–65 (2d Cir. 1981) (in conducting a damages inquest, the Court accepts as true all of the factual allegations of the complaint, except those relating to damages); *Trehan v. Von Tarkanyi*, 63 B.R. 1001, 1008 n.12 (S.D.N.Y. 1986) (plaintiff must introduce evidence to prove damages suffered and the court will then determine whether the relief flows from the facts).

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: May 24, 2022 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |